Andrew Grossman (Cal. Bar No. 211546)
Wilmer Cutler Pickering Hale and Dorr
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5303
Fax: (213) 443-5400
andrew.grossman@wilmerhale.com

Charles C. Platt (admitted *pro hac vice*)
Sanket J. Bulsara (Cal. Bar. No. 231739 and admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Fax: (212) 230-8888
charles.platt@wilmerhale.com
sanket.bulsara@wilmerhale.com
*Attorneys for Defendant OpenMarket Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA HEYMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; OPENMARKET, INC., a Michigan corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 09-0987-CJC (RZx)<br><br>**DECLARATION OF SANKET J. BULSARA IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) BY OPENMARKET INC.**<br><br>Date:  December 7, 2009<br>Time:  1:30 PM<br>Filed:  July 16, 2009<br><br>The Hon. Cormac J. Carney |

I, Sanket J. Bulsara, declare as follows:

1. I am a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") and am a member in good standing of the bars of New York and California.

2. WilmerHale is representing the Defendant OpenMarket Inc. in the above captioned matter before this Court, and is filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) contemporaneously herewith.

3. I submit this declaration in support of OpenMarket Inc.'s Motion to Dismiss.

4. OpenMarket's Motion to Dismiss is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 19, 2009. The last date for OpenMarket to file its motion to dismiss is October 26, 2009.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October, 2009 at New York, NY.

/s/ Sanket J. Bulsara
SANKET J. BULSARA
Attorney for Defendant OpenMarket Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Los Angeles, CA 90071. On October 19, 2009, I served the within document(s):

**DECLARATION OF SANKET J. BULSARA IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) BY OPENMARKET INC.**

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA addressed as set forth in the Service List below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth in the Service List below.

☒ I electronically filed the document(s) listed above via the CM/ECF system to those parties on the Service List below.

☐ I sent the document(s) listed above by email to the person(s) at the email address(es) set forth in the Service List below.

**David C Parisi**
Parisi and Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403-1545
818-990-1299
Fax: 818-501-7852
Email: dcparisi@parisihavens.com

**Suzanne Havens Beckman**
Parisi and Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
818-990-1299
Fax: 818-501-7852
Email: shavens@parisihavens.com

Attorneys for Plaintiff

**Camilo Echavarria**
Davis Wright Tremaine LLP
865 South Figueroa Street Suite 2400
Los Angeles, CA 90017-2566
213-633-6800
Fax: 213-633-6899
Email: camiloechavarria@dwt.com

**Eric M Stahl**
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, WA 98101
206-757-8148
Fax: 206-612-7749
Email: ericstahl@dwt.com

**James C Grant**
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle, WA 98101
206-757-8096
Fax: 206-612-7749
Email: jamesgrant@dwt.com

**Attorneys for Defendant T-Mobile USA Inc.**

Executed on October 19, 2009, at Los Angeles, California.

/s/ Andrew Grossman
Andrew Grossman