Andrew Grossman (Cal. Bar No. 211546)
Wilmer Cutler Pickering Hale and Dorr
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5303
Fax: (213) 443-5400
andrew.grossman@wilmerhale.com

Charles C. Platt (admitted *pro hac vice*)
Sanket J. Bulsara (Cal. Bar. No. 231739 and admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Fax: (212) 230-8888
charles.platt@wilmerhale.com
sanket.bulsara@wilmerhale.com
*Attorneys for Defendant OpenMarket Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA HEYMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; OPENMARKET, INC., a Michigan corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 09-0987-CJC (RZx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) BY OPENMARKET INC.**<br><br>Date:  December 7, 2009<br>Time:  1:30 PM<br>Filed:  July 16, 2009<br><br>The Hon. Cormac J. Carney |

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY
DEFENDANT OPENMARKET INC.

09-0987-CJC (RZX)

1  The Court, having considered Defendant OpenMarket Inc.'s Motion to
2  Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and all papers and arguments relating
3  thereto, HEREBY ORDERS that OpenMarket Inc.'s Motion is GRANTED with
4  prejudice.

IT IS SO ORDERED.

December ___, 2009           By: _____
                                  The Honorable Cormac J. Carney
                                  United States District Judge

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Los Angeles, CA 90071. On October 19, 2009, I served the within document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) BY OPENMARKET INC.**

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA addressed as set forth in the Service List below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth in the Service List below.

☒ I electronically filed the document(s) listed above via the CM/ECF system to those parties on the Service List below.

☐ I sent the document(s) listed above by email to the person(s) at the email address(es) set forth in the Service List below.

**David C Parisi**
Parisi and Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403-1545
818-990-1299
Fax: 818-501-7852
Email: dcparisi@parisihavens.com

**Suzanne Havens Beckman**
Parisi and Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
818-990-1299
Fax: 818-501-7852
Email: shavens@parisihavens.com

Attorneys for Plaintiff

**Camilo Echavarria**
Davis Wright Tremaine LLP
865 South Figueroa Street Suite 2400
Los Angeles, CA 90017-2566
213-633-6800
Fax: 213-633-6899
Email: camiloechavarria@dwt.com

- 3 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANT OPENMARKET INC.   09-0987-CJC (RZX)

**Eric M Stahl**
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle , WA 98101
206-757-8148
Fax: 206-612-7749
Email: ericstahl@dwt.com

**James C Grant**
Davis Wright Tremaine LLP
1201 Third Avenue Suite 2200
Seattle , WA 98101
206-757-8096
Fax: 206-612-7749
Email: jamesgrant@dwt.com

**Attorneys for Defendant T-Mobile USA Inc.**

Executed on October 19, 2009, at Los Angeles, California.

/s/ Andrew Grossman
Andrew Grossman

- 4 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY
DEFENDANT OPENMARKET INC.

09-0987-CJC (RZX)